JOHN HOMAN, an Infant, by His Guardian ad Litem, ALEX HOMAN, Respondent, v. SHELL UNION OIL CORPORATION, Appellant, and DAVID KLEIN, Respondent.— In an action to recover damages for injuries sustained by an infant passenger in one truck, as the result of a collision with another truck, the jury brought in a verdict in favor of defendant Shell Union Oil Corporation and against plaintiff, and in favor of defendant oil corporation and against defendant Klein (the owner of the truck in which infant was a passenger). The verdict was set aside on motion of the plaintiff and of defendant Klein. Defendant Shell Union Oil Corporation appeals from so much of the order entered thereon as sets aside the verdict in its favor against plaintiff and against defendant Klein. Order, in so far as appealed from, affirmed, with costs to plaintiff-respondent. No opinion. Lazansky, P. J., Carswell and Johnston, JJ., concur; Hagarty and Adel, JJ., dissent and vote to reverse the order, in so far as appealed from, and to reinstate the verdict in favor of appellant.

In the Matter of the Voluntary Dissolution of BENETTSOL CORPORATION, REYFOR REALTY CORP., MARCLYN REALTY CORP. and LEWART REALTY CORP. BENJAMIN FORMAN, Appellant; ETTA SLOYER and SOL FORMAN, Respondents.— In a proceeding under section 106 of the Stock Corporation Law, order directing a hearing with respect to the matters alleged in the petition, and order directing the sale of certain real property, affirmed, with fifty dollars costs and disbursements. In addition to the findings upon which the last-mentioned order was made, this court finds that the mortgages were given without adequate consideration, for purposes of expediency, and without the intention that they should become valid liens upon the real estate. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.